1  KAREN P. HEWITT
   United States Attorney
2  ANNALOU TIROL
   Assistant United States Attorney
3  California State Bar No. 216578
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7854
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

FILED

MAY 14 2007

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8
                    UNITED STATES DISTRICT COURT
9
                 SOUTHERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,        )   Criminal Case No. 07CR0985-L
11                                   )
                        Plaintiff,   )
12                                   )   **STIPULATION OF FACT AND JOINT**
                 v.                  )   **MOTION FOR RELEASE OF**
13                                   )   **MATERIAL WITNESS AND**
   JUAN ALONSO VALDEZ-NORIEGA,       )   **ORDER THEREON**
14                                   )
                        Defendant.   )
15  _____)

16      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and

18  AnnaLou Tirol, Assistant United States Attorney, and defendant JUAN ALONSO VALDEZ-

19  NORIEGA, by and through and with the advice and consent of defense counsel, Mahir Sherif, Esq.,

20  that:

21      1.      The material witness, Gonzalo Rivera-Arteaga, in this case:

22      a.      Is an alien with no lawful right to enter or remain in the United States;

23      b.      Entered or attempted to enter the United States illegally on or about March

24  16, 2007;

25      c.      Was found in a vehicle driven by defendant at the San Ysidro, California Port

26  of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that he was an alien

27  with no lawful right to enter or remain in the United States;

28      d.      Was paying $3,000 to defendant to be brought into the United States illegally

   and/or transported illegally to his destination therein; and,

1          e.        May be released and remanded immediately to the Department of Homeland

2    Security for return to her country of origin.

3          2.        After the material witnesses are ordered released by the Court pursuant to this

4    stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

5    reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

6    including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

7          a.        The stipulated facts set forth in paragraph 1 above shall be admitted as

8    substantive evidence;

9          b.        The United States may elicit hearsay testimony from arresting agents

10   regarding any statements made by the material witness(es) provided in discovery, and such testimony

11   shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

12   of (an) unavailable witness(es); and,

13         c.        Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

14   "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

15   and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

16   waives the right to confront and cross-examine the material witness(es) in this case.

17   //

18   //

19

20

21

22

23

24

25

26

27

28   Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Juan Alonso Valdez-Noriega                2                07CR0985-L

1       3.      By signing this stipulation and joint motion, defendant certifies that defendant has

2   read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

3   further that defendant has discussed the terms of this stipulation and joint motion with defense

4   counsel and fully understands its meaning and effect.

5       Based on the foregoing, the parties jointly move the stipulation into evidence and for the

6   immediate release and remand of the above-named material witness(es) to the Department of

7   Homeland Security for return to her country of origin.

8       It is STIPULATED AND AGREED this date.

9                                           Respectfully submitted,

10                                          KAREN P. HEWITT
                                            United States Attorney

11

12  Dated: _5/14/07_  .

13                                          for ANNALOU TIROL
                                            Assistant United States Attorney

14
    Dated: _5/14/2007_  .

15
                                            MAHIR SHERIF
16                                          Defense Counsel for VALDEZ-NORIEGA

17  Dated: _5/14/2007_  .

18                                          JUAN ALONSO VALDEZ-NORIEGA
                                            Defendant

19

20

21

22

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Juan Alonso Valdez-Noriega          3                          07CR0985-L

1

# ORDER

2        Upon joint application and motion of the parties, and for good cause shown,

3        **THE STIPULATION** is admitted into evidence, and,

4        **IT IS ORDERED** that the above-named material witness be released and remanded

5  forthwith to the Department of Homeland Security for return to his country of origin.

6        **SO ORDERED.**

7        Dated: _5/14/07_ .                    _____
                                                United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Juan Alonso Valdez-Noriega              4                        07CR0985-L

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> *Juan Alonso Valdez-* ) <br> Defendant(s) *Noriega* ) | CRIMINAL NO. *07cr985-L* <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:  (Bond Posted / Case Disposed / Order of Court).

*Gonzalo Rivera-Arteaga*

DATED: *5-14-07*

**JAN M. ADLER**

RECEIVED _____
                          DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

**W. SAMUEL HAMRICK, JR.**  Clerk

by _____
          **Deputy Clerk**

☆ U.S. GPO: 2003-581-774/70082